VAN GAASBEEK, Appellant, v. TISDALE LUMBER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Richard M. Van Gaasbeek against the Tisdale Lumber Company and others. No opinion. Motion to dismiss appeal granted, without costs, upon the ground that the appeal from the order to resettle the

former order is not appealable. See, also, 149 App. Div. 928, 133 N. Y. Supp. 1148.